ALEXANDER M. CONWAY, Respondent, *v.* EDWARD O. CARPENTER, Appellant.

*Conway* v. *Carpenter*, 89 Hun, 607, affirmed.
(Argued March 18, 1898; decided April 19, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the second judicial department, entered August 3, 1895, affirming a judgment in favor of plaintiff entered upon a verdict.

*James M. Hunt* for appellant.

*William Riley* and *John F. Brennan* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

PETER S. SCHUTT, Respondent, *v.* THE MANHATTAN RAILWAY COMPANY et al., Appellants.

*Schutt* v. *Manhattan Railway Co.*, 13 Misc. Rep. 772, affirmed.
(Argued March 18, 1898; decided April 19, 1898.)

APPEAL from a judgment of the General Term of the late Superior Court of the city of New York, entered August 22, 1895, upon an order affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term.

*Arthur O. Townsend* and *Julien T. Davies* for appellants.

*Edward A. Hibbard* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., dissenting.